# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNIE J. ENNIS,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:14-2269** |
| v. | : | **(MANNION, D.J.)** |
| | | **(COHN, M.J.)** |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| Defendant | : | |

# O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report and recommendation of Judge Cohn issued in the above-captioned matter, (Doc. 15), is **ADOPTED IN ITS ENTIRETY**;

(2) the decision of the Commissioner granting the plaintiff's application for supplemental security income and denying her application for disability insurance benefits is **AFFIRMED** and the plaintiff's appeal, (Doc. 1), is **DENIED**; and

(3) the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 4, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2269-01-ORDER.wpd